ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FLETCHER H. ANDERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0486 AWI |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREIN |
| vs. | ) |
| FLETCHER H. ANDERSON | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, FLETCHER H. ANDERSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, that the Motions Hearing now set for Monday, June 12, 2006, 2006 at 9:00 a.m. be continued to Monday, July 24, 2006 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the

    defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                            Respectfully submitted,

Dated:  June 8, 2006

                                            /s/ Anthony P. Capozzi
                                       Anthony P. Capozzi,
                                       Attorney for Defendant,
                                       FLETCHER H. ANDERSON

Dated:  June 8, 2006

                                          /s/ Sheila K. Oberto
                                       Sheila K. Oberto,
                                       Assistant U.S. Attorney

## **ORDER**

    IT IS SO ORDERED.  Good cause having been shown, the Motions Hearing now set for June 12, 2006, be continued to July 24, 2006 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   June 9, 2006**                        /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE