Page 1
Stipulation to Continue
Case No. 05-0486 AWI

ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FLETCHER H. ANDERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FLETCHER H. ANDERSON<br><br>    Defendant. | Case No.: CR-F-05-0486 AWI<br><br>STIPULATION FOR CONTINUANCE<br>AND ORDER THEREIN |

   IT IS HEREBY STIPULATED between the Defendant, FLETCHER H. ANDERSON, by

and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant

United States Attorney, Sheila K. Oberto, that the Sentencing Hearing now set for Monday,

January 14, 2008 at 11:00 a.m. be continued to Monday, February 11, 2008 at 11:00 a.m.

/ / /

/ / /

/ / /

Additional time is requested to allow for the complicated issues involved in preparing the Presentence Investigation Report.  In addition, defense counsel will not be available during the month of January.

Respectfully submitted,

Dated:  December 10, 2007

       /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
FLETCHER H. ANDERSON

Dated:  December 10, 2007

       /s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney


### **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Motions Hearing now set for January 14, 2008, be continued to February 11, 2008 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   December 11, 2007**        /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE