ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FLETCHER H. ANDERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0486 AWI |
| Plaintiff, | |
| vs. | STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN |
| FLETCHER H. ANDERSON, | |
| Defendant. | |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between the Defendant, FLETCHER H. ANDERSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, that the Sentencing Hearing now set for Monday, February 11, 2008 at 11:00 a.m. be continued to Monday, February 25, 2008 at 9:00 a.m.

Respectfully submitted,

Dated: February 5, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
FLETCHER H. ANDERSON

Dated: February 5, 2008

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now set for February 11, 2008, be continued to February 25, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 6, 2008**            /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE