1 | ANTHONY P. CAPOZZI, CSBN 068525
  | LAW OFFICES OF ANTHONY P. CAPOZZI
2 | 1233 W. Shaw Avenue, Suite 102
  | Fresno, CA  93711
3 | Telephone:  (559) 221-0200
  | Fax:  (559) 221-7997
4 | E-mail:  capozzilaw@aol.com

5 | Attorney for Defendant,
  | FLETCHER H. ANDERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

UNITED STATES OF AMERICA,        )   Case No.: CR-F-05-0486 AWI
                                 )
           Plaintiff,            )
                                 )   STIPULATION FOR CONTINUANCE
       vs.                       )   AND PROPOSED ORDER THEREIN
                                 )
FLETCHER H. ANDERSON,            )
                                 )
           Defendant.            )
_____)

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between the Defendant, FLETCHER H. ANDERSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, that the Sentencing Hearing now set for Monday, February 25, 2008 at 11:00 a.m. be continued to Monday, March 10, 2008 at 9:00 a.m.

Respectfully submitted,

Dated: February 21, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
FLETCHER H. ANDERSON

Dated: February 21, 2008

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing now set for February 25, 2008, be continued to March 10, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 22, 2008**          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE