IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0486 AWI |
| Plaintiff, | |
| vs. | STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN |
| FLETCHER H. ANDERSON, | |
| Defendant. | |

The Parties filed the following stipulation:

IT IS HEREBY STIPULATED between the Defendant, FLETCHER H. ANDERSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, that the Sentencing Hearing now set for Monday, March 10, 2008 at 11:00 a.m. be continued to Monday, March 31, 2008 at 11:00 a.m.

Respectfully submitted,

Dated:  March 6, 2008

                    /s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
FLETCHER H. ANDERSON

Dated:  March 6, 2008

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

**ORDER**

As per the stipulation, IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing now set for March 10, 2008, be continued to March 31, 2008 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   March 6, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE