ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
FLETCHER H. ANDERSON

**FILED**

MAR 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0486 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND PROPOSED ORDER |
| | ) FOR RESTITUTION TO BE PAID TO |
| FLETCHER H. ANDERSON, | ) VICTIMS |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, FLETCHER H. ANDERSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila K. Oberto, that restitution in the amount of $86,000.00 be paid to the victims as specified in the Victim Impact Statement provided by the United States Attorney's office to the Clerk of this court.

The Clerk's office has been in receipt of the funds since January and as of this date, the victims have yet to be paid. (See Exhibit A - Copy of Cancelled check)

The above parties hereby request that the victims in this matter be paid forthwith.

Respectfully submitted,

Dated: March 6, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
FLETCHER H. ANDERSON

Dated: March 6, 2008

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown restitution to the victims as specified in the Victim Impact statement shall be paid forthwith.

Dated: March 7, 2008

Honorable Anthony W. Ishii,
U.S. District Court Judge

2

# EXHIBIT A



**Bank of America**                                    Online Banking

---

**Checking - 9848 : Check Image**

Check Image:



